## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINCINNATI LIFE INSURANCE CO., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALUMINUM PRODUCTS, INC. a Washington corporation,<br><br>Defendant. | No. CV-10-377-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On November 10, 2011, the parties filed a joint Stipulated Motion for Dismissal (ECF No. 17).

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, deny all pending motions as moot, furnish copies to counsel, and to **close the file**.

**DATED** this 23rd day of November, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Cincinatti Life Ins\dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT \* 1**